No. 75–1816.  LABRIOLA v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 75–1838.  GREEN v. UNITED STATES; and
No. 75–6957.  HILL ET AL. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Reported below: 534 F. 2d 1262.

No. 75–6944.  SCHWARTZ v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 76–232.  HAINA v. MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 76–414.  KILCULLEN v. UNITED STATES; and
No. 76–5509.  REDDALL v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.  Reported below: 546 F. 2d 435.

No. 76–654.  PARKER v. SOUTH LOUISIANA CONTRACTORS, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 76–747.  PENT-R-BOOKS, INC. v. UNITED STATES. C. A. 2d Cir.  Certiorari denied.

No. 76–783.  HO CHUNG TSAO ET AL. v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 5th Cir.  Certiorari denied.

No. 76–787.  PRASSE v. UNITED STATES; and LEBONICK v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 76–826.  ILLINOIS TERMINAL RAILROAD CO. v. UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied.